IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

SEP 0 5 2017

Clerk, U S District Court
District Of Montana
Missoula

| ELENA CORNWELL, | CV 17–92–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FARMERS INSURANCE EXCHANGE, MID-CENTURY INSURANCE COMPANY, FARMERS INSURANCE GROUP of COMPANIES, and DOE and XYZ CORPORATE DEFENDANTS 1-5, | |
| Defendants. | |

Defendant Mid-Century Insurance Company filed an Unopposed Motion to Remand on August 31, 2017. Upon good consideration, and for good cause showing,

IT IS ORDERED that the unopposed motion of Defendant MidCase Century Insurance Company to remand this case to the Fourth Judicial District of the State of Montana (Doc. 9) is GRANTED.

IT IS FURTHER ORDERED that this case be remanded to the Fourth Judicial District of the State of Montana.

1

Dated this 5th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court